THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PERCY COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19 CV 3789 |
| v. | ) | |
| | ) | |
| STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, THOMAS HILLIARD, DEON DIXON, JASON GARNETT, and JOHN BALDWIN, | ) ) ) ) ) | Honorable Edmund E. Chang<br><br>Magistrate Gabriel Fuentes |
| Defendants. | ) | |

## NOTICE OF FILING

**To:** Mr. Luke A. Casson
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
lcasson@andreou-casson.com

**PLEASE TAKE NOTICE** that on September 21, 2020, the attorney for Defendants filed with the United States District Court for the Northern District of Illinois **Exhibits to Defendants' Motion for a Protective Order [ECF 62]**, a true copy of which is hereby served upon you.

/s/ Abigail R. Durkin

Abigail R. Durkin
Office of the Attorney General
Assistant Attorney General
100 West Randolph, 13th Floor
adurkin@atg.state.il.us
312-814-3846

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 21, 2020, she electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system, which will effect electronic service on all participants.

>   */s/ Abigail R. Durkin*
>   ABIGAIL R. DURKIN
>   Assistant Attorney General