005-217

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PERCY COLEMAN | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| v. | ) | |
| | ) | Case No. 19 CV 3789 |
| STATE OF ILLINOIS, DEPARTMENT | ) | |
| OF CORRECTIONS, THOMAS | ) | Honorable Edmund E. Chang |
| HILLIARD, DION DIXON, JASON | ) | |
| GARNETT, and JOHN BALDWIN | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

**NOTICE OF VIDEOTAPED DEPOSITION**

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, notice is hereby given that on the day and at the hour next hereinafter set forth, we will take the deposition of the deponent hereinafter named upon oral interrogatories, for the purpose of discovery, before In Demand Court Reporting, a Notary Public of Cook County, Illinois. Under the rules of the Court in such case made and provided, you are required to produce such deponent at said time and place for such purpose.

**DATE OF DEPOSITION:** September 24, 2020
**TIME OF DEPOSITION:** 1:00 pm
**PLACE OF DEPOSITION:** Andreou & Casson, Ltd., 661 West Lake Street, Suite 2N, Chicago, Illinois 60661
**NAME OF DEPONENT:** CHRIS HIGGERSON

This is a request upon you to produce said witness.

/s/ *Luke A. Casson*
Luke A. Casson

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that I served the attached:

**NOTICE OF VIDEOTAPED DEPOSITION OF CHRIS HIGGERSON**

a true and correct copy thereof with correct postage prepaid addressed to:

Abigail R. Durkin
Office of the Illinois Attorney General
100 W Randolph Street 13th Floor
Chicago, Illinois
(312) 814-3846
adurkin@atg.state.il.us

## PROOF OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that the attached documents were sent to the designated attorneys by Electronic Mail before 5:00 p.m. on this 2ND day of SEPTEMBER, 2020.

             */s /Luke A. Casson*
               Luke A. Casson

Andreou & Casson, Ltd.
Attorneys for Plaintiff
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
(312) 935-2000 / *(312) 935-2001*